```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0007--CR (RRB)
                "USA V WILLIAM ROY HAMMOCK"
                DEF 1.1 HAMMOCK, WILLIAM ROY

     Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge: The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  08/16/05
             Closed:  NO
   No. of Defendants: 1
      MJ Case Number:
                AKA:  BAD BILLY
    Location status:  Released on Own Recognizance
         Trial date:  01/09/06
         Terminated:  NO
   Needs interpreter: NO
   Counsel of record: Sue Ellen Tatter
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   James A. Goeke
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 HAMMOCK, WILLIAM ROY
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(3) and 924(a)(2) UNLAWFUL USER IN POSSESSION OF A FIREARM (F) | Pending |
| 1 - 1 IND | 2 | 18:924 (d)(1) CRIMINAL FORFEITURE FIREARMS (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE J05-0007--CR (RRB)
                         "USA V WILLIAM ROY HAMMOCK"

                              For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 08/16/05
            Closed: NO
No. of Defendants: 1


Document #   Filed     Docket text

 NOTE -  1   08/16/05  [Re: DEF 1] Issued WOA.

    1 -  1   08/16/05  [Re: DEF 1] PLF 1 Indictment.

    2 -  1   08/16/05  [Re: DEF 1] JDR Grand Jury Minutes.  Indictment Secret. Warrant to be
                       issued.  No bail set. (Detention per 18:3142).

 NOTE -  2   08/19/05  [Re: DEF 1] USM Notice of Arrest; defendant arrested.

    3 -  1   08/19/05  [Re: DEF 1] PMP Minute Order Arraignment is set for 8/19/05 at 1:30 p.m.
                       in Juneau.  cc: AUSA, FPD, USM, USPO

    4 -  1   08/19/05  [Re: DEF 1] PMP Court Minutes [ECR: Keitha Kolvig] re Arraignment on
                       Indictment (held 8/19/05): DEF pled Not Guilty to Cts I, II; PTMs due
                       9/9/05; Order re Prep for trial filed; FPTC set for 10/17/05; trial set
                       for 10/17/05. cc: USA, S. Tatter, USPO, USM, Judge Beistline

   4A-  1   08/19/05   [Re: DEF 1] PMP Order of Detention Pending detention hrg set for
                       08/23/05, 1:30 p.m. at Juneau.  cc: USA, S. Tatter, USM, PTS, Judge
                       Beistline

   4B-  1   08/19/05   [Re: DEF 1] PMP Order regarding preparation for trial w/parties to meet
                       by 8/26/05, PTMs due 9/09/05. cc: USA, S. Tatter, Judge Beistline

    5 -  1   08/22/05  [Re: DEF 1] PMP Minute Order re det hrg RESET for 8/25/05 at 1:30 p.m.
                       cc: USA, FPD, USM, USPO

    6 -  1   08/22/05  [Re: DEF 1] Return of WOA executed on 8/22/05.

    7 -  1   08/24/05  [Re: DEF 1] RRB Minute Order setting trial by jury for 10/17/05 at 8:30
                       a.m.in Junuea, Ak. and FPTC for 10/13/05 at 8:30 a.m. in Courtroom #2,
                       at Anchorage, Ak.    cc: AUSA, W. CAREY, USM, USPO, MJ PALLENBERG, JC

    8 -  1   08/24/05  DEF 1 Attorney Appearance of S. Tatter (FPD).

    9 -  1   08/25/05  [Re: DEF 1] PMP Court Minutes [ECR Keitha Kolvig] for Detention hrg
                       (held 8/25/05): prop 3rd party custodians NOT approved; def detained;
                       order of det pending trial filed. cc: USA, S. Tatter, USM, PTS, Judge
                       Beistline

   10 -  1   08/25/05  [Re: DEF 1] PMP Order of Detention Pending Trial. cc: USA, S. Tatter,
                       USM, PTS, Judge Beistline

   11 -  1   08/26/05  [Re: DEF 1] PLF 1 Certification of discovery.

   12 -  1   09/07/05  DEF 1 motion on shortened time for bail review hearing.

   13 -  1   09/07/05  [Re: DEF 1] Transcript of Detention Hearing (held 8/25/05).


ACRS: R_RDSDX             As of 12/01/05 at 2:56 PM by GARRY                    Page 1
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE J05-0007--CR (RRB)
                        "USA V WILLIAM ROY HAMMOCK"

                            For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 09/08/05 | [Re: DEF 1] PMP Order granting motion on shortened time for bail review hearing (12-1); bail review hrg set for 9/15/05 at 1:30 p.m. cc: USA, FPD, USM, USPO |
| 15 - 1 | 09/09/05 | DEF 1 motion on shortened time to extend time for filing pretrial motions w/att aff. |
| 16 - 1 | 09/15/05 | [Re: DEF 1] PMP Order granting motion on shortened time to extend time for filing pretrial motions; PTMs due 2 business days after USA provides recording of informant alleging buying meth from defendant on 5/20/05. (15-1) cc: USA, S. Tatter, Judge Beistline |
| 17 - 1 | 09/15/05 | [Re: DEF 1] PMP Court Minutes [ECR: Keitha Kolvig] for Bail Review Hrg (held 9/15/05): Oral motion to release DEF to Cordova House DENIED; detention to continue; USA withdrew oral motion for competency. cc: USA, S. Tatter, USM, USPO, Judge Beistline |
| 18 - 1 | 09/20/05 | DEF 1 Unopposed motion to continue trial w/att aff. |
| 19 - 1 | 09/21/05 | [Re: DEF 1] RRB Minute Order hrg on def's unopposed motion to continue trial is set for 9/29/05 at 10:45 a.m. in Juneau. cc: AUSA, FPD, USM, USPO, MJ PALLENBERG |
| 20 - 1 | 09/30/05 | [Re: DEF 1] RRB Court Minutes [ECR: Susan Evans] for Hrg on Unopposed Motion to Continue Trial: GRANTED; 10/13/05 FPTC VACATED and reset for 1/04/06, 8:30 a.m. at Anchorage; 10/17/05 TBJ VACATED and reset for 1/9/06, 9:00 a.m. at Juneau. cc: USA, S. Tatter, USM, PTS, Jury Clerk |
| 21 - 1 | 10/21/05 | DEF 1 motion on shortened time for bail review hearing. |
| 22 - 1 | 10/24/05 | [Re: DEF 1] JDR Order granting mot on shortened time for bail review hrg (21-1); bail review hrg set 10/28/05 @ 8:15 a.m. before MJ Pallenberg @ Anchorage. cc: USA, FPD, USM, USPO |
| 23 - 1 | 10/28/05 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Bail Review Hearing (held 10/28/05); defense cnsls oral motion to release defendant with conditions granted; release order to be completed upon notification from USPO that conditions have been met. cc: USA, FPD, USM, USPO |
| 24 - 1 | 10/28/05 | [Re: DEF 1] Order setting conditions of release. cc: USA, FPD, USM, USPO |
| 25 - 1 | 11/09/05 | [Re: DEF 1] Order of Release 11/9/09. |