**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>USA</u>   v.   <u>WILLIAM ROY HAMMOCK</u>

DATE:   <u>December 30, 2005</u>   CASE NO.   <u>J05-0007 CR (RRB)</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING CHANGE OF PLEA HEARING**

Pursuant to the Notice of Intent to Change Plea filed at Docket 26, the final pretrial conference scheduled for January 4, 2006, and the trial scheduled for January 9, 2006, are **vacated**. The change of plea hearing will be held in Anchorage, Alaska, on **Monday, January 9, 2006**, **at 8:30 a.m.**, in Courtroom 2.

M.O. SCHEDULING HEARING