MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*     v.     *WILLIAM ROY HAMMOCK*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 1:05-cr-00007 RRB

PROCEEDINGS:     **ORDER FROM CHAMBERS**           Date: January 11, 2006

By agreement of the judges, the proposed change of plea hearing set for January 11, 2006, at 4:00 p.m. is assigned to Judge John W. Sedwick.