TIMOTHY M. BURGESS
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
jim.barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:05-cr-007-RRB |
| Plaintiff, | ) **PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) |
| WILLIAM ROY HAMMOCK, a/k/a "Bad Billy", | ) |
| Defendant. | ) |

Pursuant to Fed. R. Crim. P. 32.2(b) and based upon the defendant WILLIAM ROY HAMMOCK's January 11, 2006 guilty pleas to Counts 1 and 2 of the Indictment (including Criminal Forfeiture Count 2), and the Court's acceptance of the defendant's guilty pleas, the Court finds that in light of the defendant's conviction of Count 1 of the Indictment, the defendant's interest, if any, in the following 32 firearms, described in Count 2, is property constituting firearms or ammunition involved in or used in the commission of such violation,

thereby rendering said property subject to forfeiture under 18 U.S.C. § 924(d)(1):

(1) a Mossberg 12 gauge shotgun, serial number H827696;

(2) a Smith & Wesson Model 29-6 pistol, serial number BRD8150;

(3) a Ruger Super Black Hawk .44 magnum pistol, serial number 85-92119;

(4) a Norinco Model 213 9X19 millimeter, serial number 802309

(5) a Bushmaster XM15-EZ5, serial number 262654;

(6) a Tarus Raging Bull .480, serial number 7541480;

(7) a Davis Industries Model D22, serial number 214088;

(8) a Mauser Model HSC, serial number 00-6410;

(9) a Cobray M11 9 millimeter, serial number 86-0022029;

(10) a Ruger Blackhawk .357, serial number 32-055256;

(11) a Ruger 9 millimeter, serial number 312-01735;

(12) a Ruger 9 millimeter, serial number 313-40066;

(13) an Intratec Tech 9, 9 millimeter, serial number 21813;

(14) an Intratec Tech 9, 9 millimeter, serial number 11471;

(15) a Winchester 1300 Defender, serial number LZ891963;

(16) a Ruger Mini 14 Ranch Rifle, serial number 188-14530;

(17) a Bushmaster Model XM15-EZS with 37 millimeter flare launcher, serial number LZ48429;

(18) a Norinco SKS, 7.62 x 39, serial number _____;

(19) a Ruger Model 77 Mark 2, 22-250, serial number 785-67785;

(20) a Ruger Super Blackhawk .44 magnum; serial number 16849;

(21) a Ruger Model 22-45, serial number 222-56123;

(22) a Raven Arms Model R25, serial number 115109;

(23) a Winchester Model 94, 30-30, serial number 5292900;

(24) a Ruger M77 Mark 2, .308 Winchester, serial number 782-02602;

(25) a Remington Model 700 BDL .30-06, serial number B6262696;

(26) a Calico M100, .22LR, serial number 007888;

(27) a Winchester Model 94, 30-30, serial number 5626484;

(28) a Norinco SKS, 7.62 x 39, serial number 9351369T;

(29) a Universal M1 Carbine, serial number 74131;

(30) a Ruger Model 96, .22LR, serial number 62034708;

(31) a Saigg .308, serial number H02733482; and,

(32) a Browning ABolt, .270 caliber, serial number 56261NZ7S7.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The 32 firearms described in Count 2 of the Indictment are condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 924; and the defendant shall forthwith forfeit all his right, title and interest, if any, that he has in said firearms.

Pursuant to Fed. R. Crim. P. 32.2(b)(3), the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") is authorized to seize and take possession of the aforementioned

firearms and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said property, and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), ATF shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct. The notice shall be published once in each of three consecutive weeks in the Anchorage Daily News, Juneau Empire, or any other appropriate newspaper of general circulation. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited firearms must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the firearms, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-

party interests, this Court shall enter a final decree of forfeiture in which all interests will be addressed.

DATED this 11th day of January, 2006.

/s/ Ralph R. Beistline
HON. RALPH R. BEISTLINE
United States District Judge