Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM ROY HAMMOCK,<br><br>    Defendant. | Case No. 1:05-cr-0007-RRB<br><br>**MOTION FOR<br>SUBSTITUTION OF CUSTODIAN**<br>*Filed on Shortened Time* |

    The defendant, WILLIAM ROY HAMMOCK, through counsel, moves this court to substitute his brother, Teddy Kibby, for the present third-party custodian, Rod Beer.  Mr. Beer has a family emergency in Arizona – a family member with a sudden and serious brain tumor.  Mr. Kibby submitted a written application to pretrial services on March 7, 2006.  This substitution, if permitted, would only be for two weeks, since the imposition of sentence is set for March 23, 2006.

    Counsel ordinarily would advise someone in Mr. Hammock's position to report to jail because of the short time period.  But in this case, the Federal Public Defender has scheduled further psychological testing, which cannot be completed in jail,

for the next two weeks.  A brief substitution of custodian would enable Dr. Ohlson, who already has written a report for the court, and who will be a witness at sentencing, to obtain further information to provide the court.

The defense has concurrently requested a hearing at the earliest possible time before the magistrate in Anchorage.

DATED this 8th day of March, 2006.

Respectfully submitted,

/s/ Sue Ellen Tatter
Assistant Federal Defender
Alaska Bar No. 7605057
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:

I certify that on March 8, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

and a copy was hand delivered to:

Chris Liedike, Probation Officer
United States Probation & Pretrial Services
222 W. 7th Avenue, No. 48, Room 168
Anchorage, AK  99513-7562

/s/ Sue Ellen Tatter