UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM ROY HAMMOCK,<br><br>                Defendant. | Case No. 1:05-cr-0007-RRB<br><br>**PROPOSED<br>ORDER SUBSTITUTING CUSTODIAN** |

After due consideration of the defendant's motion on shortened time, the motion is GRANTED/DENIED.

After due consideration of the defendant's Motion for Substitution of Custodian, the motion is GRANTED/DENIED. Teddy Kibby shall be substituted in place of Rod Beer as defendant's third-party custodian until the imposition of sentence on March 23, 2006.

DATED this ____ day of March, 2006.

                                                                _____<br>                                                                 John D. Roberts<br>                                                            United States Magistrate Judge