Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM ROY HAMMOCK,<br><br>    Defendant. | Case No. 1:05-cr-0007-RRB<br><br>**MOTION FOR HEARING REGARDING SUBSTITUTION OF CUSTODIAN**<br>*Filed on Shortened Time* |

    The defendant, WILLIAM ROY HAMMOCK, through counsel, moves this court to schedule a hearing before the magistrate in Anchorage, regarding his Motion for Substitution of Custodian, filed concurrently herewith.

///

///

///

///

///

DATED this 8th day of March, 2006.

Respectfully submitted,

/s/ Sue Ellen Tatter
Assistant Federal Defender
Alaska Bar No. 7605057
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       sue_ellen_tatter@fd.org

Certification:

I certify that on March 8, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

and a copy was hand delivered to:

Chris Liedike, Probation Officer
United States Probation & Pretrial Services
222 W. 7th Avenue, No. 48, Room 168
Anchorage, AK  99513-7562

/s/ Sue Ellen Tatter