UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM ROY HAMMOCK,<br><br>                Defendant. | Case No. 1:05-cr-0007-RRB<br><br>**PROPOSED<br>ORDER SCHEDULING HEARING** |

After due consideration of the defendant's motion on shortened time, the motion is GRANTED/DENIED.

After due consideration of the defendant's Motion for Hearing Regarding Substitution of Custodian, the motion is GRANTED/DENIED. A hearing is scheduled for March _____, 2006, at _____ a.m./p.m., before the undersigned.

DATED this \_\_\_\_ day of March, 2006.

_____
John D. Roberts
United States Magistrate Judge