Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>WILLIAM ROY HAMMOCK,<br><br>      Defendant. | NO. J05-0007 CR (RRB)<br><br>**NOTICE OF WITNESSES** |


The defense   hereby gives notice of intent to call three witnesses at sentencing on March 23, 2006:


1. Dr. Ron Ohlson

2.  Krista Hammock, the defendant's sister-in-law.

3. Teddy Kibby, the defendant's half-brother.

DATED this 16th day of March 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:         907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on March 16, 2006,
a copy of the *Notice of Witnesses*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Scott Kelley
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter