March 16, 2006

To Judge Beistline
Reference to William Roy Hammock
I am 76, a lifetime resident of Alaska except for a tour in Korea as a US Air Force fighter pilot.

My acquaintence with William has been about 26 years. He has worked for me and we have spent a lot of time hunting, and gathering sub sistence foods for elders. There are a lot of good values about William, but he has made some bad decisiions about drugs and their use.

Recently, in phone conversations with William he has discovered enjoying life and having fun without being stoned. I believe he can be rehabilitated once he pays his debt and his friends can get him some professional help, teaching him how to read and write. The ability to read will open up a whole new world for William.

I helped William stop drinking alcohol about 5 years ago Now that he seems to realize he can enjoy life without drugs I feel we can help him there too.

Respectfully,

*Clint Buckmaster*

Clint Buckmaster
PO Box 1254
Sitka, Alaska  99835
(907)747=8452

*- 1 -*



# Swan Lake Senior Center

*A Program of Catholic Community Services*



402 Lake Street
Sitka, Alaska 99835
(907) 747-8617 Office
(907) 747-6878 Fax

To Whom It May Concern:

Attention: Judge Beistline:

I have known William Hammock, for the last five (5) years, as the manager of the Swan Lake Senior Center. William has been volunteering for the center during this period of time off and on.

William has been very pleasant to work with and very conscientious of others, especially the seniors. He was always willing to help in any way he could. He would always take time to visit with our seniors. He always smile and was very caring and gentle with the seniors. He was attentive to their needs and help out from carrying big items and escorting them to and from the senior center.

William worked in the kitchen preparing meals, helped with clean up like washing dishes, putting dishes away, clearing store room. He was eager to help out and did any job that was asked of him. William was liked by the senior center staff and enjoyed having him around.

William was a pleasure to work with and as manager I would not hesitate to have him back in the center in the future. Please feel free to contact me at any time.

Sincerely,

Anna Winters
Swan Lake Senior Center
Manager
Sitka, Alaska 99835
907-747-8617

March 10, 2006

**U.S. Distric Judge Beistline**

I am a widow, 85 years old and have lived in Sitka, for the past forty two years.
I have lived alone for the past ten years.  I am Billys great Aunt.
I have known Billy Hammick since he was a small boy in grade school.
My children are all grown and moved away.  Billy has away been here
to help me when ever I need him, in the house or any yard work.
He has alway been a very kind and caring person.
He has helped me with all the heavy lifting  and cooking, when I work at the
Senior Center.
All the Seniors at the Center like him very much.

Sincerely,

*Norma Malpus*

Mrs. Norma Malpus
215 Peterson Ave.
Sitka, Alaska
    99835

To : Judge Beistline

I am writing this letter on behalf of my nephew Billy Hammock. I am not writing this letter to make an excuse for his actions.

But I feel Billy has been through a lot since his birth. Since Billy was born to a very young mother and with no father figure except Paul Kibby, which is Teddy's Dad. Paul which was short lived also. When Billy did go to school he did really well and was a respectful student when he had a good family then.

Since Billy has gotten into trouble I feel he has found a different way of life. And with the authority figure he hasn't had for most of his life. He has gone by ALL the rules and being off drugs has given him a reason to keep him self clean and given him self respect. With professional help I feel Billy will succeed and become the person he has always wanted to be. And a chance to get the education he has always wanted, which he should have had when he was growing up. Billy has shown to the court that he can do better and succeed if given a chance.

I wished I would have helped Billy more in the past and I plan to in the future.

Thank You for your time
Traci Chapman (Billy's Auntie)

*Traci Chapman* 3-16-06

March 12, 2006

Dear Judge Beistline,

Last year William Hammock volunteered for a few months and worked with his aunt Lovi Hattan five days a week at the Swan Lake Senior Center where I work for Southeast Senior Services as the Office Assistant/Dispatcher and Acting Site Manager.

We provide hot nutritious meals at the center, home-delivered meals and transportation to the seniors in our community as well as to persons under 60 with disabilities. William worked well with everyone at the center including other volunteers and the staff.

He was very considerate and did a good job. He helped prepare and serve meals. He had a ready smile for the seniors and liked to visit with them. He was attentive to their needs and didn't hesitate to help if he could. He helped escort them to and from the building, carried boxes, opened doors, waited upon them and from what I could see he was well liked and received by the seniors.

He was willing to take on any task we asked of him. He cleared, washed and put away dishes, sorted and cleaned the pantry, emptied garbage, and helped pick up, transport and freeze food items. He did a good job and helped wherever he was needed. I would not hesitate to recommend him to you as a good hard worker who gets along well with others and do appreciate all the help he gave us over those months.

Respectfully,

Jane Brizgaloff
119 Andrew Hope B
Sitka, Alaska 99835
(907) 966-4625 H
(907) 747-8607 W

March 11, 2006

Dear Sir,

My name is William Paden and I am a 40 year resident of Sitka, Alaska. I am a retired Alaska Airlines employee and commercial fisherman. I recently completed a three-year term on the City and Borough of Sitka Assembly. I am a past chairman of the Sitka Port and Harbors Commission and past chairman of the Sitka Fish and Game Advisory Committee. I pay my taxes and consider myself a productive, concerned member of our community.

I have known William (Billy) Hammock for fifteen years and at one time he was my employee. I know his family and know them to be very supportive of him. His extended family is a big part of Sitka's history and continue to be an important, contributing part of our town.

The Billy Hammock I know is a young man who would literally "give you the shirt of his back". I have taken him hunting on my boat and found him to be a crewmember that I can count on. Has he made bad decisions? Yes. Does that cause me to give up on his being a good member of our community in the future. No. I believe that with the continued support of his family and friends like my wife Florencia and I, he will be able to make the right decisions in the future.

I do not believe that time in prison is the best solution in this case. I believe that time spent and support given by his family and friends here in Sitka is the best thing that could happen now. Billy is not a bad person; he is a young person that made bad decisions. Please give us a chance to help him.

Sincerely,

William V. Paden
610 Etolin St.
Sitka, Alaska 99835

907-747-8376