DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-007-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION |
| vs. | ) | FOR EVIDENTIARY HEARING |
| | ) | AT SENTENCING & NOTICE |
| WILLIAM HAMMOCK | ) | OF POTENTIAL WITNESSES |
| | ) | |
| Defendant. | ) | **FILED ON SHORTENED TIME** |

COMES NOW the United States of America, by and through counsel, and notifies the court and parties pursuant to Local Criminal Rule 32.1(f) that the government has one witnesses who may testify at the defendant's sentencing hearing.

As noted in the defendant's sentencing memorandum, the defendant objects to the four level enhancement under U.S.S.G. § 2K2.1(b)(5) for using a firearm in

connection with a felony offense.  As the defendant notes, it is the burden of the government to establish that the defendant possessed the firearms in connection to the offense of misconduct involving a controlled substance in either the third or fourth degree pursuant to Alaska Statute § 11.71.030 or 11.71.040.  In order to establish that the defendant committed either of the offenses mentioned above, the government may have to call as a witness the confidential informant who participated in the controlled transactions with the defendant.  He would testify as to the eye witness accounts of the facts of the drug distribution and the defendant's possession of firearms in connection to these transactions, as well as the evidence found as it relates to this case.  The confidential informant is in Sitka, Alaska.  The government requests that the confidential informant be allowed to testify by telephone.

      Therefore, the United States respectfully requests that the government be

//

//

//

allowed to put on evidence at sentencing and to allow the witness to testify by telephone.

RESPECTFULLY submitted this 17th day of March, at Anchorage, Alaska.

DEBORAH M. SMTIH
Acting United States Attorney

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2006,
a copy of the foregoing was served
electronically on Sue Ellen Tatter.

s/ David A. Nesbett