IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-007-RRB |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING |
| | ) | GOVERNMENT'S MOTION |
| vs. | ) | FOR EVIDENTIARY HEARING |
| | ) | AT SENTENCING & NOTICE |
| WILLIAM HAMMOCK | ) | OF POTENTIAL WITNESSES |
| | ) | |
| Defendant. | ) | |

Having considered the motion filed by the United States for an evidentiary hearing at sentencing and to allow for telephonic appearance of a witness in this case, IT IS HEREBY ORDERED that the government's witness be allowed to testify telephonically at the sentencing and the government may present evidence at the imposition scheduled for March 24, 2006.

 IT IS SO ORDERED.

 DATED this ____ day of March, 2006, at Anchorage, Alaska.

                _____

                UNITED STATES DISTRICT COURT JUDGE