Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>WILLIAM ROY HAMMOCK,<br><br>         Defendant. | NO. J05-0007 CR (RRB)<br><br>**DEFENSE RESPONSE TO GOVERNMENT'S MOTION FOR EVIDENTIARY HEARING AT SENTENCING** |

The government has filed notice of intent to call a witness at sentencing, a confidential informant who claims to have seen Mr. Hammock with a gun. The defense is entitled, under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), to exculpatory material about the informant before the hearing, including name, criminal record, inducements such as a plea bargain and any police or other documents indicating dishonesty, deception or hostility to the defendant. In addition, the defense should be able to confront the accuser and have the judge observe his demeanor. Therefore telephonic testimony is not appropriate.

DATED this 21st day of March 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: sue_ellen_tatter@fd.org

Certification:
I certify that on March 21, 2006,
a copy of the *Response to Government's Notice Possible of Witness* was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to:

Scott Kelley
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter