IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>WILLIAM ROY HAMMOCK,<br><br>      Defendant. | Case No. 1:05-cr-0007-RRB<br><br>**ORDER RE EVIDENTIARY HEARING AT SENTENCING** |

Before the Court is the Government's Motion for Evidentiary Hearing at Sentencing & Notice of Potential Witnesses at Docket 48, and the Defendant's response at Docket 49.

The Court agrees that Defendant is entitled, under the circumstances of this case, to confront the Government's proposed witnesses at sentencing. Therefore, the witness should be available to testify in person. If this proves to be impossible, the Court will proceed as far as possible with sentencing, as scheduled, but may grant a brief continuance to take the testimony in question.

ENTERED this 21st day of March, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE