UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>   v.   <u> WILLIAM ROY HAMMOCK </u>

DATE:   <u> March 23, 2006  </u>     CASE NO.   <u> 1:05-CR-0007-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**CLARIFYING JUDGMENT**

---

     Defendant Hammock is to receive credit for time served in this matter between August 18, 2005, and October 28, 2005.

M.O. RE CLARIFICATION