Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM ROY HAMMOCK,<br><br>                Defendant. | Case No. 1:05-cr-0007-RRB<br><br>**MOTION FOR RECONSIDERATION** |

       Defendant, WILLIAM ROY HAMMOCK, through counsel, moves this court to reconsider its order of March 23, 2006, giving Mr. Hammock credit for time served from August 18, 2005, through October 28, 2005.  August 18, 2005, is the commencement of the federal case.  But Mr. Hammock originally was arrested May 20, 2005, in connection with the state drug and gun charges which lie at the base of this case, and he has been in custody intermittently on these state charges following May 20.  This court has ruled, essentially, that the state charges are "relevant conduct" for the federal conviction because this court enhanced the firearms sentence 4 levels for the events of May 20.  Therefore,

Mr. Hammock should receive credit for all time served since May 20, 2006, on state case 1 SI- 05-240 CR and the instant federal case.

DATED this 24th day of March, 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
Alaska Bar No. 7605057
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:   907-646-3400
Fax:      907-646-3480
E-Mail:   sue_ellen_tatter@fd.org

Certification:

I certify that on March 24, 2006,
a copy of this document, with attachments,
was served electronically on:

David Nesbett, Esq.

s/Sue Ellen Tatter