**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


_USA_  v.  _WILLIAM ROY HAMMOCK_

DATE:    _March 24, 2006_      CASE NO.   _1:05-CR-0007-RRB_


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REGARDING RECONSIDERATION**

═══════════════════════════════════════════════════════════════

        The Court is in receipt of Defendant's Motion for
Reconsideration (Docket 52).   Pursuant to D. Ak. LR 59.1(d),
Plaintiff has until the close of business on **April 3, 2006,** in
which to file a response to Defendant's motion, after which the
Court will take the matter under advisement.

ORDER RE RECONSIDERATION