DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-007-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | GOVERNMENT'S OPPOSITION |
| | ) | TO DEFENDANT'S MOTION |
| WILLIAM HAMMOCK | ) | FOR RECONSIDERATION |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, and

hereby opposes the defendant's motion for reconsideration.  In his motion, the

defendant acknowledges that the defendant has received credit for the time he has

served in custody from August 18, 2005, the date he was charged in federal court.[1] The defendant now seeks also to get credit for time he served in while in state custody, from May 20, to August 18, 2005. The defendant is not entitled to credit for that time in state custody.

Pursuant to 18 U.S.C. § 3585(b)(1), the defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date of the sentence commences: (1) as a result of the offense for which the sentence was imposed; or (2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed.

Here, as a preliminary matter, section (2) is inapplicable. As to section (1), the defendant is receiving credit for time served in federal custody from August 18, 2005, as a result of the federal firearms offense for which the sentence was imposed. The defendant is charged in state court with controlled substance offenses. Those charges are still pending and the time the defendant has served in state court will be applied to his state court sentence. This is not a situation where once the defendant was charged in federal court the state court charges were then

---

[1] See Minute Order from Chambers Clarifying Judgment, Clerk's Docket No. 51.

dropped, leading to at least an equitable argument that the defendant should receive credit for the time served in state custody. Though the defendant's sentence in federal court was enhanced due to "relevant conduct" for which he has been charged in state court, it does not rise to the level of "the offense for which the sentence was imposed." The defendant is not entitled to receive credit for time served in state custody.

Therefore, the government respectfully requests that the court deny the defendant's request to receive additional credit for time spent in state custody from May 20 to August 18, 2005.

RESPECTFULLY submitted this 3rd, day of April at Anchorage, Alaska.

DEBORAH M. SMITH
United States Attorney

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2006, a copy of the foregoing was served electronically on Sue Ellen Tatter.

s/ David A. Nesbett