Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM ROY HAMMOCK,<br><br>        Defendant. | NO. J05-0007 CR (RRB)<br><br>**NOTICE OF APPEAL** |

        Notice is hereby given that WILLIAM ROY HAMMOCK, appeals to the United States Court of Appeals for the Ninth Circuit from the

        ( )    Conviction only (Fed. R. Crim. P. 32(b))

        ( )    Conviction and sentence

        (**X**)    Sentence only (18 U.S.C. § 3742)

        Judgment was entered on this action on:   April 5, 2006 (Docket No. 58) .

        Sentence imposed:   March 23, 2006   .

        Transcript required (yes or no):   Yes   .   If yes, date ordered or to be ordered:   April 15, 2006   (including arrangements for payment with court recorder).

DATED this 6th day of April 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on April 6, 2006,
a copy of the ***Notice of Appeal***
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Scott Kelley
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter