```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

```
                         USA   v.   HAMMOCK

DATE:    April 7, 2006    CASE NO.    1:05-CR-0007-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               DENYING MOTION TO RECONSIDER
```

The Court, having considered Defendant's Motion for Reconsideration and the Government's Opposition thereto, hereby **DENIES** Defendant's motion.