RECEIVED

APR 2 7 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____     U.S. District Court # **1:05-cr-0007-RRB**

Short Case Title     *United States v. William Roy Hammock*

Date Notice of Appeal Filed by Clerk of District Court     **04/06/2006 (D#60)**

Section A – To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
|  |  | VOIR DIRE |
|  |  | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
| 03/23/2006 | PTS | OTHER: Imposition of Sentence |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(**XX**) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered    **04/27/2006**      Estimated Date for Completion    **six weeks**

Signature of Attorney    *Sue Ellen Tatter*      Phone Number    **646-3400**

Address    **Assistant Federal Defender**

   **550 West 7th Avenue, Suite 1600**

   **Anchorage, AK   99501**

Section B – To Be Completed by Court Reporter

I, _____, have received this designation.
        (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements fo payment have not been made pursuant to FRAP 10 (b).
        Approximate Number of Pages _____ Due

Date__ _____

Section C – To Be Completed by Court Reporter

        Date Transcript Filed _____ Court Reporter's Signature_____

AO 435
(Rev. 1/90)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

RECEIVED

**FOR COURT USE ONLY**
DUE DATE: APR 2 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

*Read Instructions on Back:*

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Sue Ellen Tatter, Assistant Federal Defender | 646-3400 | 04/27/2006 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 601 West Fifth Avenue, Suite 800 | Anchorage | AK | 99501 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 1:05-cr-0007-RRB | Judge Beistline | 10. FROM  03/23/2006 | 11. TO  03/23/2006 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| *United States v. William Roy Hammock* | 13.    Anchorage | 14.    AK |

**15. ORDER FOR**

| X APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

**16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| X SENTENCING | **03/23/2006 – Including Judge's sentencing comments, Judge's sentence, and** | | |
| ☐ BAIL HEARING | **advisement of right to appeal** | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | X | ☐ | NO. OF | | |
| EXPEDITED | | ☐ | NO. OF | | |
| DAILY | ☐ | ☐ | NO. OF | | |
| HOURLY | ☐ | ☐ | NO. OF | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| *Sue Ellen Tatter* | |

| 19. DATE | PHONE NUMBER |
|---|---|
| April 27, 2006 | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| ORDER RECEIVED | DATE | BY | |
|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY