UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
AUG 29 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

RECEIVED
SEP 0 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> WILLIAM ROY HAMMOCK, <br><br> Defendant - Appellant. | No. 06-30233 <br><br> D.C. No. CR-05-00007-1-RRB <br> District of Alaska, <br> Anchorage <br><br> ORDER |

Any subsequent motion shall contain a recital of defendant's bail status. *See* 9th Cir. R. 27-1. Appellee's late motion for an extension of time to file the answering brief is granted. The answering brief is due for September 20, 2006. The optional reply brief is due 14 days after service of the answering brief. Movant is reminded that a motion for an extension of time to file a brief should be filed at least seven days before the expiration of the time prescribed for filing the brief. 9th Cir. R. 31-2.2(b).

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*[signature]*
Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 8.21