IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-007-RRB |
| | ) | |
| Plaintiff, | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM ROY HAMMOCK, | ) | |
| a/k/a "Bad Billy", | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 11, 2006, defendant WILLIAM ROY HAMMOCK pled guilty to Counts 1 and 2 (including Criminal Forfeiture Count 2) of the Indictment issued in this case. Based upon the Court's acceptance of the defendant's guilty pleas, the Court found that the defendant's interest, if any, in the following 32 firearms, described in Count 2, is property constituting firearms or ammunition involved in or used in the commission of such violation, thereby rendering said property subject to forfeiture under 18 U.S.C. § 924(d)(1):

1. a Mossberg 12 gauge shotgun, serial number H827696;

2. a Smith & Wesson Model 29-6 pistol, serial number BRD8150;

3. a Ruger Super Black Hawk .44 magnum pistol, serial number 85-92119;

4. a Norinco Model 213 9X19 millimeter, serial number 802309

5. a Bushmaster XM15-EZ5, serial number 262654;

6. a Tarus Raging Bull .480, serial number 7541480;

7. a Davis Industries Model D22, serial number 214088;

8. a Mauser Model HSC, serial number 00-6410;

9. a Cobray M11 9 millimeter, serial number 86-0022029;

10. a Ruger Blackhawk .357, serial number 32-055256;

11. a Ruger 9 millimeter, serial number 312-01735;

12. a Ruger 9 millimeter, serial number 313-40066;

13. an Intratec Tech 9, 9 millimeter, serial number 21813;

14. an Intratec Tech 9, 9 millimeter, serial number 11471;

15. a Winchester 1300 Defender, serial number LZ891963;

16. a Ruger Mini 14 Ranch Rifle, serial number 188-14530;

17. a Bushmaster Model XM15-EZS with 37 millimeter flare launcher, serial number LZ48429;

18. a Norinco SKS, 7.62 x 39, serial number unknown;

19. a Ruger Model 77 Mark 2, 22-250, serial number 785-67785;

20. a Ruger Super Blackhawk .44 magnum; serial number 16849;

21. a Ruger Model 22-45, serial number 222-56123;

22. a Raven Arms Model R25, serial number 115109;

23. a Winchester Model 94, 30-30, serial number 5292900;

24. a Ruger M77 Mark 2, .308 Winchester, serial number 782-02602;

25. a Remington Model 700 BDL .30-06, serial number B6262696;

26. a Calico M100, .22LR, serial number 007888;

27. a Winchester Model 94, 30-30, serial number 5626484;

28. a Norinco SKS, 7.62 x 39, serial number 9351369T;

29. a Universal M1 Carbine, serial number 74131;

30. a Ruger Model 96, .22LR, serial number 62034708;

31. a Saigg .308, serial number H02733482; and,

32. a Browning ABolt, .270 caliber, serial number 56261NZ7S7.

AND WHEREAS, on January 12, 2006, the Court entered a Preliminary Order of Forfeiture forfeiting all of the right, title and interest of defendant WILLIAM ROY HAMMOCK in the above-referenced firearms including accessory magazines and ammunition, described in Count 2, pursuant to 18 U.S.C. § 924(d)(1).

AND WHEREAS, on April 14, 21, and 28, 2006, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") published, in the Daily Sitka Sentinel, a newspaper of general circulation, notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of said firearms in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the firearms.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited firearms have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.	That the right, title and interest to the 32 firearms listed above, is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the ATF and its property manager and/or its contractor according to law.

2.	That the ATF is directed to pay any and all costs associated with the described firearms and to dispose of such according to law.

3.	The Clerk is hereby directed to send a copy of this Order to the ATF, 222 W. 7th Avenue, #39, Room 547, Anchorage, AK 99513.

SO ORDERED this ___ day of _____, 2006.

_____
HON. RALPH R. BEISTLINE
United States District Court