NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-007-RRB |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| WILLIAM ROY HAMMOCK, | ) | |
| a/k/a "Bad Billy", | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, JAMES BARKELEY, am an Assistant United States Attorney and represent the Plaintiff in this action.

1.  On January 11, 2006, defendant WILLIAM ROY HAMMOCK pled guilty to Counts 1 and 2 (including Criminal Forfeiture Count 2) of the Indictment issued in this case. On January 12, 2006, the Honorable Ralph R. Beistline entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's

interest in the following 32 firearms, described in Count 2:

(1) a Mossberg 12 gauge shotgun, serial number H827696;

(2) a Smith & Wesson Model 29-6 pistol, serial number BRD8150;

(3) a Ruger Super Black Hawk .44 magnum pistol, serial number 85-92119;

(4) a Norinco Model 213 9X19 millimeter, serial number 802309

(5) a Bushmaster XM15-EZ5, serial number 262654;

(6) a Tarus Raging Bull .480, serial number 7541480;

(7) a Davis Industries Model D22, serial number 214088;

(8) a Mauser Model HSC, serial number 00-6410;

(9) a Cobray M11 9 millimeter, serial number 86-0022029;

(10) a Ruger Blackhawk .357, serial number 32-055256;

(11) a Ruger 9 millimeter, serial number 312-01735;

(12) a Ruger 9 millimeter, serial number 313-40066;

(13) an Intratec Tech 9, 9 millimeter, serial number 21813;

(14) an Intratec Tech 9, 9 millimeter, serial number 11471;

(15) a Winchester 1300 Defender, serial number LZ891963;

(16) a Ruger Mini 14 Ranch Rifle, serial number 188-14530;

(17) a Bushmaster Model XM15-EZS with 37 millimeter flare launcher, serial number LZ48429;

(18) a Norinco SKS, 7.62 x 39, serial number unknown;

(19)   a Ruger Model 77 Mark 2, 22-250, serial number 785-67785;

(20)   a Ruger Super Blackhawk .44 magnum; serial number 16849;

(21)   a Ruger Model 22-45, serial number 222-56123;

(22)   a Raven Arms Model R25, serial number 115109;

(23)   a Winchester Model 94, 30-30, serial number 5292900;

(24)   a Ruger M77 Mark 2, .308 Winchester, serial number 782-02602;

(25)   a Remington Model 700 BDL .30-06, serial number B6262696;

(26)   a Calico M100, .22LR, serial number 007888;

(27)   a Winchester Model 94, 30-30, serial number 5626484;

(28)   a Norinco SKS, 7.62 x 39, serial number 9351369T;

(29)   a Universal M1 Carbine, serial number 74131;

(30)   a Ruger Model 96, .22LR, serial number 62034708;

(31)   a Saigg .308, serial number H02733482; and,

(32)   a Browning ABolt, .270 caliber, serial number 56261NZ7S7.

2.     Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited firearms are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3.     The Bureau of Alcohol, Tobacco, Firearms, & Explosives ("ATF") published notification of the Court's January 12, 2006 Preliminary Order of Forfeiture in the Daily Sitka Sentinel on April 14, 21, and 28, 2006. Exhibit 1. Said published notice advised all

third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject firearms.

4.    No petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described firearms have been filed by any other person or entity within the time allowed by law.

5.    Declarant knows of no reason why a final decree of forfeiture should not now be issued declaring said firearms be forfeited as to all persons. Full right, title and interest in the above-described firearms shall be and hereby is vested in the United States.

Further, the ATF and its property manager and/or its contractor should be directed to dispose of the above-described firearms and pay any and all costs according to law.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of November, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy of the foregoing DECLARATION OF COUNSEL was sent electronically this 7th day of November, 2006, to:

SUE ELLEN TATTER  (Counsel for William Roy Hammock)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

s/James Barkeley