NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-007-RRB |
| | ) | |
| Plaintiff, | ) | **MOTION TO AMEND FINAL DECREE** |
| | ) | **OF FORFEITURE** |
| v. | ) | |
| | ) | |
| WILLIAM ROY HAMMOCK, | ) | |
| a/k/a "Bad Billy", | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and at the request of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and hereby moves this Court to amend the Final Decree of Forfeiture issued in this case on November 21, 2006 (docket 71). In the original Final Decree, at pages 1 and 2, there are four firearms (numbers 5, 6, 12, and 17) listed with incorrect serial numbers. If this motion is granted, the

Final Decree would instead refer to said firearms with the correct serial numbers[1], as follows:

    5.       a Bushmaster XM15-EZ5, serial number L262654;

    6.       a Taurus Raging Bull, .480, serial number UL921161;

    12.     a Ruger 9 millimeter, serial number 313-40068; and

    17.     a Bushmaster Model XM15-EZS with 37 millimeter flare launcher, serial number L248429.

Filed herewith is a proposed Amended Final Decree of Forfeiture, in which the only change from the original Final Decree is the substitution of the correct serial numbers for firearms numbers 5, 6, 12, and 17.

Respectfully submitted this 25th day of January, 2007 in Anchorage, Alaska.

                                   NELSON P. COHEN
                                   United States Attorney

                                   s/James Barkeley
                                   JAMES BARKELEY
                                   Assistant U.S. Attorney
                                   Federal Building & U.S. Courthouse
                                   222 W. 7th Avenue, #9, Room 253
                                   Anchorage, AK 99513-7567
                                   Phone: (907) 271-3699
                                   Fax: (907) 271-1500
                                   Email: jim.barkeley@usdoj.gov
                                   Alaska Bar No. 8306019

---

[1]The lead investigative agency in this case was ATF.  This office was just informed yesterday, January 24, 2007, that four firearms in the Final Decree of Forfeiture had incorrect serial numbers.  ATF requested this office to amend the Final Decree to reflect the correct serial numbers, in order to proceed with destruction of the forfeited firearms.  On behalf of ATF, the government apologizes to the Court for this oversight.

**CERTIFICATE OF SERVICE**

I declare that a true and correct copy of the foregoing
MOTION TO AMEND FINAL DECREE OF FORFEITURE
and proposed AMENDED FINAL DECREE OF FORFEITURE
were sent electronically this 25th day of January, 2007, to:

SUE ELLEN TATTER  (Counsel for William Roy Hammock)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

s/James Barkeley